# United States District Court
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2017

SEAN F. MCAVOY, CLERK

Lyndale Galloway #888278

*(In the space above enter the full name(s) of the plaintiff(s).)*

Case No. 2:16-cv-00353-JLQ
(To be filled out by Clerk's Office only)

-against-

Ron Haynes, Robert Beal, Steven Sinclair,
Scott Russell, CPM Swain, G. Robbins,
Mike Obenland

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## FIRST AMENDED COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Galloway, Lyndale, D
Name (Last, First, MI) Aliases

888278
Prisoner ID #

Monroe Correction Complex
Place of Detention

P.O. Box 777
Institutional Address

Snohomish, Monroe Washington 98272
County, City State Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:

Haynes, Ron
Name (Last, First)

Superintendent
Current Job Title

1830 Eagle Crest Way, Clallam Bay, WA
Current Work Address

Clallam Co. Clallam Bay | WA | 98326
County, City | State | Zip Code

Defendant 2:

Beal, Robert
Name (Last, First)

Visting Sgt
Current Job Title

1313 N 13th St
Current Work Address

Walla Walla County, Walla Walla, WA | 99362
County, City | State | Zip Code

**Defendant(s) Continued**

Defendant 3: Sinclair, Stephen
Name (Last, First)

Assistant Secretary
Current Job Title

P.O. Box 41118
Current Work Address

Thurston, Olympia. | WA | 98504
County, City | State | Zip Code

Defendant 4: Russell, Scott
Name (Last, First)

Deputy Director
Current Job Title

P.O. Box 41118
Current Work Address

Thurston, Olympia | WA | 98504
County, City | State | Zip Code

4.5 Attached

(4.5)

Defendant's Continued

defendant 5: Robbins, G
Last, First Name

Visit room Sgt
Job Title

P.O.Box 900
Current address

Mason, Shelton | WA | 98584
County, City | State | Zip Code

defendant 6: Obenland, Mike
Last, first Name

Superintendant
Job Title

P.O.Box 777
Current Address

Snohomish, Monroe | WA | 98272
County, City | State | Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Washington State Penitentiary

Date(s) of occurrence: Sept, 2015

State which of your federal constitutional or federal statutory rights have been violated:

Washington State

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

On June 2015 I re-entered D.O.C Married to my Wife kelly Galloway, a prior D.O.C employee. I was granted visits with my wife, kelly Galloway, on October 2015 at (WSP) by visiting Sgt Beal. Sgt Beal under the instruction of Ron Haynes removed my wife from my visitation list because her being a prior D.O.C employee. I appealed the decision which was upheld by HQ Steven Sinclair, and Scott Russell and Nforced by Mike Obenland.

The violation came into play by violating my due process when the subsequent investigation was started, ~~the~~ decision to remove my wife from my visiting list ~~was~~ was issued, and the implication of a minimum of 2 year restriction was administered despite policy. (Doc 450.050 revised 11/21/15)

Due to this (and other) policies according to

Sandin V. Conner and Thompson V. Kentucky the language of certain policies creates Constitutional liberties. Such as in my case.

I've attached two documents exbit "A" and "F1" to support my argument.

Exhibit "A"

Department of Corrections
WASHINGTON STATE

# INVESTIGATIVE FINDING SHEET

Date: 3/4/14

**Appointing Authority:** Mike Obenland

Attached you will find the investigative report for case number: 14-7342
Regarding(names):
Offender: Galloway, Lyndale #888278
Staff Member: Long, Kelly

Please review this report and once you have determined findings, please indicate below, sign this form, and return via e-mail (scan) to the PREA Coordinator.

| ALLEGATION | FINDING (SUBSTANTIATED, UNSUBSTANTIATED, UNFOUNDED) |
|---|---|
| **It is alleged Office Assistant 3 Kelly Long has been having inappropriate communications with Offender Galloway, Lyndale, DOC 888278 since December 12, 2013.** | Unfounded |
| | |
| | |
| | |
| | |

**PREA INVESTIGATIONS ONLY:**

**Final Notification:**
The identified victim(s) was notified either in person or U.S. mail (for offenders who have been release or transferred) of the findings of this investigation:

Date Notification Made: 3/4/14 ☐ In Person X Via US Mail

☐ No Victim Identified

**Female Offender Victims Only:**
If the victim qualifies for victim advocacy services per policy, a victim advocate was offered to the offender during the final notification meeting:

☐ Advocate Offered ☐ Not Eligible for Advocate ☐ Advocate Declined by Offender

[signature]
Appointing Authority Signature

3-4-14
Date

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
P.O. Box 41100 • Olympia, Washington 98504-1100

May 20, 2016

Ms. Kelly Galloway
[redacted] Southwest Dahlia Lane [redacted]
Tumwater, Washington 98512

Dear Ms. Galloway:

Thank you for your letters requesting that a denial for visiting privileges be overturned so you can visit your husband, Lyndale Galloway, DOC 888278. The PREA investigation is now completed.

Based on the outcome of that investigation and concerns related to your previous work with the Department, the denial for visiting privileges is upheld. Policy 450.300 - Visits for Prison Offenders, specifically states:

*"The employee, contract staff, or volunteer will not be permitted to visit if there is evidence that s/he was involved in any inappropriate behavior with any offender before leaving the Department."*

At this time, you do not meet the policy requirements for visit privileges. You may re-apply for visit privileges **two years** from the date of this letter, which will be on or after May 23, 2018. All avenues of appeal on this matter have been exhausted. Any further inquiries submitted by you or by someone on your behalf received *before* May 23, 2018, will not receive a response.

Sincerely,

Stephen Sinclair, Assistant Secretary
Prisons Division

SS:SR:BDS:eh:DEP29935

cc: Scott Russell, Deputy Director
Daniel White, Superintendent
Annie Williams, Correctional Program Manager
Raymond Ankrum, Visit Sergeant
Todd Saunders, Classification Counselor
Lyndale Galloway, DOC 888278
Offender file

16 of 23

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Place my wife Kelly Galloway back on my approved visiting list please

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

If yes, how many? Ø

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Jan 13th, 2017
Dated

[signature]
Plaintiff's Signature

Galloway, Lyndale, D
Printed Name (Last, First, MI)

886278
Prison Identification #

| P.O. Box 777 | Monroe | WA | 98262 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |