# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Lyndale Galloway,

*Plaintiff*

v.

Ron Haynes, Robert Beal, Steven Sinclair, Scott Russell, CPM Swain, G. Robbins and Mike Obenland,

*Defendant*

Civil Action No. 2:16-CV-00353-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: It is Ordered the First Amended Complaint and the claims therein shall be DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Quackenbush  on a First Amended Complaint.


Date: February 15, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy